UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas L. Norris,
Plaintiff,

vs.

Ford Motor Credit Company,

Defendant.

Court File No. 01-CV-754 PAM/JGL

**ORDER**

Ford Financial, f/k/a Ford Motor Credit Company,

Third-party plaintiff,

vs.

Thomas J. Lyons, Jr., Consumer Justice Center, P.A., Thomas J. Lyons, Sr., and Thomas J. Lyons & Associates,

Third-party defendants.

The Court, being fully advised in the premises and upon all the files, records and proceedings herein, **HEREBY ORDERS:**

That the above-captioned file is hereby sealed and that the parties file all documents from this date forward "under seal."

Dated: June 14, 2001

Magistrate Judge Jonathan G. Lebedoff
United States District Court

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Thomas L. Norris,

Plaintiff,

vs.

Ford Motor Credit Company,

Defendant.

Ford Financial, f/k/a Ford Motor Credit Company,

Third-party plaintiff,

vs.

Thomas J. Lyons, Jr., Consumer Justice Center, P.A., Thomas J. Lyons, Sr., and Thomas J. Lyons & Associates,

Third-party defendants.

Court File No. 01-CV-754 PAM/JGL

**STIPULATION TO SEAL THE FILE**

**IT IS HEREBY STIPULATED AND AGREED** to by all parties, through their respective undersigned attorneys, that the United States District Court for the District of Minnesota shall seal Court File 01-CV-754 as it contains confidential materials.

**ATTORNEYS FOR PLAINTIFF**

By ______________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq. (#65699)
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707
Fax: 651-770-5830

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (249646)
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707
Fax: 651-770-5830

Dated: 6/11, 2001.

**ATTORNEYS FOR DEFENDANT FORD MOTOR CREDIT COMPANY**

By ______________________

**DORSEY & WHITNEY LLP**
Vernle C. Durocher, Jr. (#208966)
Thomas L. Nuss (#0287453)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-340-2600
Fax: 612-340-2807

Dated: June 6, 2001.

**THIRD PARTY DEFENDANT**

By ______________________

**THOMAS J. LYONS & ASSOCIATES**
342 East County Road D
Little Canada, MN 55117
Telephone: 651/770-9707
Fax: 651/770-5830

**THIRD PARTY DEFENDANT**

By ______________________

Thomas J. Lyons, Sr., Esq. (#65699)
342 East County Road D
Little Canada, MN 55117
Telephone: 651/770-9707
Fax: 651/770-5830

**THIRD PARTY DEFENDANT**

By ______________________

**CONSUMER JUSTICE CENTER, P.A.**

342 East County Road D
Little Canada, MN 55117
Telephone: 651/770-9707
Fax: 651/770-5830

**THIRD PARTY DEFENDANT**

By ______________________

Thomas J. Lyons, Jr. (#249646)
342 East County Road D
Little Canada, MN 55117
Telephone: 651/770-9707
Fax: 651/770-5830